To: The Office Of The Clerk
Twelfth Court Of Appeals



FILED IN COURT OF APPEALS
12th Court of Appeals District
MAR 12 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

From: Ross Richardson # 01958220
Boyd Unit. 200 Spur 113
Teague. TX. 75860

Date: March 08. 2015

Re: Appeal No. 12-13-00131-CR .
Trial Ct. No. 11-CR-040 .

Subject: Court Reporters Record

Appellant respectfully requests an invoice to purchase the Court Reporters on Appeal. Thank You.

Respectfully Submitted

Ross Richardson

Ross Richardson -Appellant

Note: Due to Mr. Richardson's arthritis this document was prepared by Jimmy Hill #1719333. Please forward the invoice to Mr. Richardson at the above address.

C.C. File

1 of 1